# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  SIOBHAN M. STEVENS                                         Case Number: 04-73973
        1445 MYOTT AVENUE, #3          SSN-xxx-xx-8818
        ROCKFORD, IL  61103

                                                   Case filed on:       8/10/2004
                                                   Plan Confirmed on:  10/15/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $2,775.00           Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | SIOBHAN M. STEVENS | 0.00 | 0.00 | 75.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 75.00 | 0.00 |
| 001 | B-FIRST LLC | 1,225.23 | 1,225.23 | 53.22 | 0.00 |
| 002 | ELAN/FIRSTAR CARD SERVICES | 903.97 | 903.97 | 39.26 | 0.00 |
| 003 | RESURGENT CAPITAL SERVICES | 10,554.49 | 10,554.49 | 458.39 | 0.00 |
| 004 | PORTFOLIO RECOVERY ASSOCIATES | 7,723.67 | 7,723.67 | 335.45 | 0.00 |
| 005 | CREDITORS BANKRUPTCY SERVICE | 2,273.71 | 2,273.71 | 98.75 | 0.00 |
| 006 | RETAILERS NATIONAL BANK | 4,038.32 | 4,038.32 | 175.39 | 0.00 |
|  | Total Unsecured | 26,719.39 | 26,719.39 | 1,160.46 | 0.00 |
|  | Grand Total: | 28,083.39 | 28,083.39 | 2,599.46 | 0.00 |

Total Paid Claimant:      $2,599.46
Trustee Allowance:          $175.54         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      4.34           discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

                                                   /s/ Lydia S. Meyer
                                                   Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 11/30/2007          By  /s/Heather M. Fagan